# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONTGOMERY TURNER,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br>a Connecticut corporation,<br><br>Defendant. | CASE NO.: 3:17-CV-00388<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

Plaintiff Montgomery Turner and defendant Aetna Life Insurance Company stipulate that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this 22nd day of February 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 22nd day of February 2018.

| LEVERTY & ASSOCIATES LAW CHTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Patrick R. Leverty<br>Patrick R. Leverty, Esq.<br>832 Willow Street<br>Reno, NV 89502 | By: /s/ Ann-Martha Andrews<br>Ann-Martha Andrews<br>2415 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: February 24, 2018